IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARRICK LANG HUNTER, ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-215-ST |
| ) | |
| v. ) | |
| ) | O R D E R |
| ALAN TRAUTWEIN; JERRI JARMER; ) | |
| and LARRY MONAGON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Darrick Lang Hunter
13153 SE Division, #24
Portland, Oregon 97236

    Pro Se Plaintiff

Agnes Sowle
Stephen Lewis Madkour
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon  97214

    Attorneys for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on October 4, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#64).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#39) is granted.

DATED this  28th  day of November, 2006.

                                /s/ Garr M. King
                                    GARR M. KING
                                 United States District Judge